1  Siamak Vaziri, Esq.
   Matthew M. Taylor, Esq.
2  VAZIRI LAW GROUP, A.P.C.
   5757 Wilshire Blvd., Suite 670
3  Los Angeles, CA 90036-3692
4  Tel: (310) 777-7540
   Fax: (310) 777-0373
5  Email: mtteam@vazirilaw.com

6  Arin Khodaverdian, Esq.
   ALPINE LAW GROUP, A.P.C.
7  17500 Red Hill Ave., Suite 100
8  Irvine, CA 92614
   Tel: (800 891-5458
9  Fax: (800) 891-5458
   Email: arin@alpinelawgroup.com
10

11 Attorneys for Plaintiff
   CHERYL CHARLES
12

13 Renée Welze Livingston – SBN 124280
   LIVINGSTON LAW FIRM
14 A Professional Corporation
   1600 South Main Street, Suite 280
15 Walnut Creek, CA  94596
   Tel: (925) 952-9880
16 Fax: (925) 952-9881
   Email: rlivingston@livingstonlawyers.com
17

18 Attorneys for Defendant
   TARGET CORPORATION

19

20                       UNITED STATES DISTRICT COURT

21                      NORTHERN DISTRICT OF CALIFORNIA

| 22 | CHERYL CHARLES, | ) Case No. 4:20-cv-07854-HSG |
|----|---|---|
| 23 | Plaintiff, | ) **STIPULATION AND ORDER TO** |
|    |            | ) **MODIFY SCHEDULING ORDER RE** |
| 24 | v. | ) **FACT DISCOVERY CUTOFF,** |
|    |    | ) **EXCHANGE OF OPENING AND** |
| 25 | TARGET CORPORATION, | ) **REBUTTAL EXPERT REPORTS AND** |
|    | and DOES 1 to 50, Inclusive, | ) **EXPERT DISOVERY** |
| 26 |  | ) |
|    | Defendants. | ) |
| 27 | _____ | ) |

28  *Charles v. Target Corporation,* Case No. 4:20-cv-07854-HSG
    STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER RE FACT DISCOVERY
    CUTOFF, EXCHANGE OF OPENING AND REBUTTAL EXPERT REPORTS AND EXPERT DISCOVERY

                                   -1-

1   Plaintiff CHERYL CHARLES and defendant TARGET CORPORATION, through their
2   respective counsel, hereby stipulate pursuant to Local Rule 6-2 and 7-12 as follows:
3   WHEREAS the parties have engaged in discovery and encountered delays and disputes
4   as set forth more fully below;
5   **DEPOSITION OF PLAINTIFF**
6   WHEREAS defendant TARGET CORPORATION originally noticed the deposition of
7   plaintiff CHERYL CHARLES to occur in-person on April 16, 2021, and then on May 11, 2021,
8   but plaintiff objected to an in-person deposition due to COVID-19 concerns;
9   WHEREAS defendant submitted a request to the Court for an informal discovery
10  conference to address the issue of plaintiff's in-person deposition;
11  WHEREAS the parties discussed the issue of plaintiff's in-person deposition at an
12  informal discovery conference with Magistrate Corley on June 17, 2021;
13  WHEREAS plaintiff represented to the Court she received her second COVID-19
14  vaccination in late June 2021;
15  WHEREAS TARGET CORPORATION noticed the in-person deposition of plaintiff on a
16  date offered by plaintiff for July 29, 2021;
17  WHEREAS plaintiff cancelled the deposition on July 28, 2021, due to a medical
18  condition and is now being rescheduled to a date in August 2021 to be determined.
19  DEPOSITIONS OF REMAINING TARGET WITNESSES AND RULE 30(b)(6)
20  WITNESS
21  WHEREAS plaintiff noticed depositions of various Target personnel identified by
22  defendant as having knowledge of the incident and/or the events before and/or after the subject
23  incident.  Plaintiff has also noticed the deposition of a 30(b)(6) witness from Defendant.
24  While a number of percipient witness depositions have been completed, approximately 3
25  witnesses depositions have yet to be completed due to the unavailability of counsel and/or the
26  witnesses.  Additionally, the 30(b)(6) witness deposition has been completed as to certain
27  categories, but yet to be completed as to certain remaining categories, again due to the

28  *Charles v. Target Corporation,* Case No. 4:20-cv-07854-HSG
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER RE FACT DISCOVERY
CUTOFF, EXCHANGE OF OPENING AND REBUTTAL EXPERT REPORTS AND EXPERT DISCOVERY

1  unavailability of witnesses and/or counsel.

2  **RULE 35 EXAMINATION OF PLAINTIFF**

3  WHEREAS defendant TARGET CORPORATION requested stipulation for a Rule 35

4  Examination of plaintiff with orthopedic surgeon Thomas Sampson, M.D. on May 19, 2021;

5  WHEREAS plaintiff objected to certain provisions of the proposed stipulation concerning

6  the taking of a medical history and a history of the incident and wanted to have a representative

7  present during the examination;

8  WHEREAS defendant submitted a request to the Court for an informal discovery

9  conference to address the disputed issues concerning a Rule 35 medical examination;

10  WHEREAS the parties discussed the issue of the Rule 35 examination during the

11  informal discovery conference with Magistrate Corley on June 17, 2021, and the Court felt the

12  medical examiner could ask questions concerning plaintiff's medical history and history of the

13  incident but needed guidance/case authority on the issue of whether plaintiff could have a

14  representative present during the examination;

15  WHEREAS the parties reached a stipulation as to the scope and terms of the Rule 35

16  examination, memorialized in a separate Stipulation, for the examination to take place on August

17  24, 2021.

18  This examination, plaintiff's deposition, along with the depositions of defendant's

19  remaining witnesses/employees is necessary before the parties are ready to meaningfully mediate

20  this matter with agreed-to private mediator, Retired Judge Bonnie Sabraw, on September 27,

21  2021.

22  WHEREAS Magistrate Judge Corley indicated the parties might considering presenting a

23  stipulation to the Court for an extension of fact discovery, expert designation and expert

24  discovery dates to allow for the outstanding discovery to be completed and the parties to engage

25  in meaningful ADR;

26  THEREFORE the parties jointly request the Court to modify the Scheduling Order as

27  follows:

28  *Charles v. Target Corporation,* Case No. 4:20-cv-07854-HSG
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER RE FACT DISCOVERY
CUTOFF, EXCHANGE OF OPENING AND REBUTTAL EXPERT REPORTS AND EXPERT DISCOVERY

1. The date to complete fact discovery shall be August 31, 2021;

2. The date for exchange of opening expert reports shall be September 15, 2021, 2021;

3. The date for exchange of rebuttal reports shall be September 30, 2021;

4. Close of expert discovery shall be October 13, 2021.

                                                  Respectfully submitted,

Dated: July 28, 2021                VAZIRI LAW GROUP, A.P.C.

*/s/ Matt Taylor*

By:_____
     Matthew M. Taylor, Esq
     Attorneys for Plaintiff
     CHERYL CHARLES

Dated: July 28, 2021                LIVINGSTON LAW FIRM

*/s/ Renée Welze Livingston*

By:_____
     Renée Welze Livingston
     Attorneys for Defendant
     TARGET CORPORATION

## **ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the Scheduling Order (Dkt. No. 18) be modified as requested by the parties above.

DATED: _____8/3/2021_____

_____
HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE

*Charles v. Target Corporation,* Case No. 4:20-cv-07854-HSG
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER RE FACT DISCOVERY CUTOFF, EXCHANGE OF OPENING AND REBUTTAL EXPERT REPORTS AND EXPERT DISCOVERY