Siamak Vaziri – SBN 242447
Matthew M. Taylor – SBN 252556
VAZIRI LAW GROUP, A.P.C.
A Professional Law Corporation
5757 Wilshire Blvd., Suite 670
Los Angeles, CA 90036-3692
Tel: (310) 777-7540
Fax: (310) 777-0373
Email: mtteam@vazirilaw.com

Arin Khodaverdian – SBN 271971
ALPINE LAW GROUP, A.P.C.
A Professional Law Corporation
17500 Red Hill Ave., Suite 100
Irvine, CA 92614
Tel: (800 891-5458
Fax: (800) 891-5458
Email: arin@alpinelawgroup.com

Attorneys for Plaintiff
CHERYL CHARLES

Renée Welze Livingston – SBN 124280
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email: rlivingston@livingstonlawyers.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL CHARLES,<br><br>          Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION,<br>and DOES 1 to 50, Inclusive,<br><br>          Defendants. | Case No. 4:20-cv-07854-HSG<br><br>**STIPULATION AND SCHEDULING ORDER** |

---

*Charles v. Target Corporation,* Case No. 4:20-cv-07854-HSG
STIPULATION AND SCHEDULING ORDER
-1-

Pursuant to the Court's November 30, 2021, Minute Order, the parties to the above-entitled action conducted meet and confer regarding trial and other dates and submit this Stipulation and [Proposed] Scheduling Order subject to the Court's approval and calendar:

| | |
|---|---|
| Close of Fact Discovery | March 28, 2022 |
| Exchange of Opening Expert Reports | April 27, 2022 |
| Exchange Rebuttal Expert Reports | May 18, 2022 |
| Close of Expert Discovery | June 16, 2022 |
| Dispositive Motion Hearing Deadline | August 11, 2022 at 2:00 p.m. |
| Final Pretrial Conference | November 8, 2022 at 3:00 p.m. |
| Jury Trial | November 28, 2022 at 8:30 a.m. |

**SO STIPULATED.**

Dated: January 7, 2022                    VAZIRI LAW GROUP, A.P.C.

                                          */s/ Matthew M. Taylor*
                                     By:_____
                                          Matthew M. Taylor
                                          Co-Counsel for Plaintiff
                                          CHERYL CHARLES

Dated: January 7, 2022                    LIVINGSTON LAW FIRM

                                          */s/ Renée Welze Livingston*
                                     By_____
                                          Renée Welze Livingston
                                          Attorneys for Defendant
                                          TARGET CORPORATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

**PURSUANT TO STIPULATION OF THE PARTIES**, the Court adopts the above Scheduling Order.

Dated:  1/10/2022

_____
Haywood S. Gilliam, Jr.
United States District Judge