Siamak Vaziri – SBN 242447
Matthew M. Taylor – SBN 252556
VAZIRI LAW GROUP, APC
5757 Wilshire Blvd., Ste. 670
Los Angeles, CA 90036
Tel: (310) 777-7540
Fax: (310) 777-0373
Email: mtteam@vazirilaw.com

Attorneys for Plaintiff
CHERYL CHARLES

Renée Welze Livingston – SBN 124280
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email: rlivingston@livingstonlawyers.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL CHARLES,<br><br>     Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION,<br>and DOES 1 to 50, Inclusive,<br><br>     Defendants. | Case No. 4:20-cv-07854-HSG<br><br>**STIPULATION AND ORDER TO EXTEND DATE COMPLETION OF EXPERT DISCOVERY** |

Plaintiff CHERYL CHARLES and Defendant TARGET CORPORATION, through their respective counsel, stipulate and respectfully request this Court to extend the deadline set forth in the Scheduling Order (Doc 41) for Close of Expert Discovery from June 16, 2022 to June 24, 2022. The parties have been working diligently to schedule expert depositions but have been unable to do so due to conflicting calendars by the current deadline.

*Charles v. Target Corporation,* Case No. 4:20-cv-07854-HSG
STIPULATION AND ORDER TO EXTEND DATE CLOSE OF EXPERT DISCOVERY
-1-

**SO STIPULATED.**

Dated: May 27, 2022                     VAZIRI LAW GROUP, A.P.C.


                                        By  */s/ Matt Taylor*
                                            Matthew M. Taylor
                                            Attorneys for Plaintiff
                                            CHERYL CHARLES


Dated:  May 27, 2022                    LIVINGSTON LAW FIRM


                                        By  */s/ Renée Welze Livingston*
                                            Renée Welze Livingston
                                            Attorneys for Defendant
                                            TARGET CORPORATION

## ORDER

The parties stipulate to extend the deadline to complete expert discovery. Good cause appearing, the Court hereby GRANTS the stipulation of the parties and ORDERS as follows:

1. Close of Expert Discovery shall be extended to June 24, 2022.

**IT IS SO ORDERED.**

Dated:    5/31/2022

                                        Haywood S. Gilliam, Jr.
                                        United States District Judge

---

*Charles v. Target Corporation,* Case No. 4:20-cv-07854-HSG
STIPULATION AND ORDER TO EXTEND DATE CLOSE OF EXPERT DISCOVERY
-2-